# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARLOS SANCHEZ-MARIN

NO. 2021 KW 0877

**OCTOBER 05, 2021**

---

In Re:    Carlos Sanchez-Marin, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-05498.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT